UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
________________________________________________X

In re: Chapter 13
Case No. 24-22148-cgm

JOANNA VERRINO,

Debtor.
----------------------------------------------------------------------X

JOANNA VERRINO,
Plaintiff,

-against-

HDR CONTRACTING INC.,

Defendant.

Adversary Proceeding
No.: 24-07025-cgm

WPBC 25-0001
----------------------------------------------------------------------X

**ORDER GRANTING THE APPLICATION OF JOANNA VERRINO FOR ENTRY OF AN ORDER AWARDING DAMAGES FROM THE DEFENDANT HDR CONTRACTING INC. AND IN FAVOR OF THE PLAINTIFF**

**UPON** the application dated December 31, 2024 and filed as Dkt. No. 19 (the "Application") of **JOANNA VERRINO** plaintiff and debtor (the "Plaintiff') in the above-captioned adversary proceeding (the "Adversary Proceeding) for entry of an order awarding damages from the Defendant HDR Contracting Inc. and in favor of the Plaintiff and granting such other related relief as may be just and proper; and it further appearing that notice of the Application was duly served on December 31, 2024 as reflected in the Affidavit of Service (Dkt. No. 20); and it further appearing that a hearing on the merits of the Application was held before the Court on February 12, 2025; and it further appearing that counsel for Plaintiff appeared at said hearing; and after due deliberation, and good cause having been shown therefore, it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Court shall award damages from Defendant HDR Contracting Inc. in favor of the Plaintiff under Art. 2 Section 39 of NY Lien Law in the amount of $11,266.71 consisting of $10,395.00 in legal fees and $871.71 in expenses which shall be payable to the law firm Penachio Malara LLP; and it is further

**ORDERED,** that the Clerk of the Court shall enter a judgment against HDR Contracting Inc. in the amount of $11,266.71 in favor of the law firm Penachio Malara LLP.

**Dated: February 14, 2025**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**